IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| MARIA DEL CARMEN LARA GUERECA | § | |
| AND JOSE ESCOBEDO | § | CIVIL ACTION 4:16-cv-00001 |
| | § | |
| v. | § | |
| | § | |
| LIBERTY LINES, INC., | § | |
| INTRADE INDUSTRIES, INC. AND | § | JURY REQUESTED |
| KEVIN LEE SHIRE | § | |

**STIPULATION OF DISMISSSAL**

Plaintiff, MARIA DEL CARMEN LARA GUERECA and JOSE ESCOBEDO, and

Defendants, LIBERTY LINES, INC, INTRADE INDUSTRIES, INC. and KEVIN LEE SHIRE,

acting through their undersigned attorneys of record, do hereby stipulate that they have reached a

compromise and settlement of the claims between them, and that Plaintiff's complaint against

Defendants, and each and every claim and cause of action therein, may be dismissed with

prejudice, the parties to bear their own costs and attorney fees.

Dated this 3rd day of November, 2016.

Respectfully submitted,

**CRAFT LAW FIRM**

By: */s/ J. Hunter Craft*_____
        J. Hunter Craft
        State Bar No. 24012466
        Federal Bar No. 24377
        Laura A. Cockrell
        State Bar No. 24082836
        Federal ID No. 1691710
        2727 Allen Parkway, Suite 1150
        Houston, Texas 77019

1

Telephone: (713) 225-0500
Facsimile: (713) 225-0566
Email:  hcraft@craftlawfirm.com
Email:  lcockrell@craftlawfirm.com

**THE SILVA LAW FIRM**
Juan V. Silva
State Bar No: 00786828
1100 S. Grant Avenue
Odessa, TexasX 79761
Telephone (432) 580-8800
Facsimile: (432) 580-8808
**ATTORNEYS FOR PLAINTIFF**

**RAMEY, CHANDLER, QUINN & ZITO, P.C.**

By:  */s/Elizabeth L. Sandoval*_____
       Robert L. Ramey
       State Bar No.  16498200
       Federal I. D. No. 5535
       Elizabeth L. Sandoval
       State Bar No. 24058095
       Federal I. D. No. 1037409
       750 Bering Drive, Suite 600
       Houston, Texas 77057
       Telephone:  (713) 266-0074
       Facsimile:  (713) 266-1064
       rlr@ramey-chandler.com
       **ATTORNEYS FOR DEFENDANTS,
       LIBERTY LINES, INC., INTRADE
       INDUSTRIES, INC. AND KEVIN LEE
       SHIRE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to all opposing counsel via electronic service and/or via facsimile on the 3rd day of November, 2016.

Robert L. Ramey
Ramey, Chandler, Quinn & Zito, P.C.
750 Bering Drive, Suite 600
Houston, Texas 77057

/s/ J. Hunter Craft
J. Hunter Craft